```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    ANDREW BROWN (No. 172009)
 4  Assistant United States Attorney
         1400 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-0102
         Facsimile: (213) 894-0142
 7       Email: andrew.brown@usdoj.gov
    Attorneys for Plaintiff
 8  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CR No. 07-1278-DSF |
|           Plaintiff,           ) | ORDER ISSUING ARREST WARRANT |
|             v.                 ) | |
| LAKIESHA BUTLER and            ) | |
| FERRARI COLLINS,               ) | |
|           Defendants.          ) | |

   Because the Government's Motion to Revoke Bond for Defendant Lakiesha Butler and for Arrest Warrant establishes probable cause to believe that defendant Lakiesha Butler violated the conditions of her pretrial release, the court hereby grants the motion for an arrest warrant pursuant to Title 18, United States Code, Section 3148(b).

Dated: 5/7/08

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE